FILED
FEB 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08CR 0150**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No.    **JUDGE MANNING** |
| v. ) | |
| ) | Violation: Title 8, United States Code, |
| URIEL CARRILLO-ESPARZA ) | Sections 1326(a) and 1326(b)(2), and Title |
| also known as Trinidad Pantoja ) | 6, United States Code, Section 202(4) |
| and Uriel Carrillo ) | |

**MAGISTRATE JUDGE MASON**

THE SPECIAL AUGUST 2006-2 GRAND JURY charges:

On or about December 26, 2005, in Cook County, in the Northern District of Illinois, Eastern Division, and elsewhere,

URIEL CARRILLO-ESPARZA,
also known as Trinidad Pantoja
and Uriel Carrillo,

defendant herein, an alien who previously had been deported and removed from the United States on or about November 10, 1994, and who again had been deported and removed on or about January 22, 1999, and whose removal was subsequent on both occasions to a conviction for the commission of an aggravated felony, was present and found in the United States without previously obtaining the express consent of the United States Attorney General and, at any time after February 28, 2003, from the Secretary of the Department of

Homeland Security for re-application by the defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY