FILED
FEB 2 7 2008
MICHAEL T. MASON
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0150 |
| v. | ) | |
| | ) | Magistrate Judge Michael Mason |
| URIEL CARRILLO-ESPARZA | ) | |
| a/k/a Trinidad Pantoja | ) | |
| and Uriel Carrillo | ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:           Uriel Carrillo-Esparza
                a/k/a Trinidad Pantoja and
                Uriel Carrillo
Date of Birth:
Sex:            Male
Race:           Hispanic
Prisoner No.:   B44686

defendant herein, has been and now is, in due form and process of law, incarcerated in the following institution:

Shawnee Correctional Center.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 8, United States Code, Sections 1326(a) and 1326(b)(2) and Title 6, United States Code, Section 202(4), and the prisoner is now wanted in such division and district on March 18, 2008 at 11:00 a.m., for an arraignment before Magistrate Judge Michael Mason, Courtroom 2214.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

UNITED STATES MARSHAL        WARDEN
Northern District of Illinois  Shawnee Correctional Center
Chicago, Illinois              Shawnee, Illinois

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that Uriel Carrillo-Esparza a/k/a Trinidad Pantoja and Uriel Carrillo be returned forthwith to said institution from which he was brought.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Kaarina Salovaara
Kaarina Salovaara
Assistant U. S. Attorney