## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 150 | **DATE** | 2/27/2008 |
| **CASE TITLE** | United States vs. Uriel Carrillo-Esparza | | |

**DOCKET ENTRY TEXT**

Government's petition for writ of habeas corpus ad prosequendum is granted. Writ is returnable for arraignment set for 3/18/08 at 11:00 a.m. before Magistrate Judge Mason in courtroom 2214. Enter Order.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|