UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No.  08 CR 0150 |
| ) | Magistrate Judge Michael Mason |
| URIEL CARRILLO-ESPARZA  ) | |
| ak/a Trinidad Pantoja  ) | |
| and Uriel Carrillo  ) | |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

          Name:              Uriel Carrillo-Esparza
                             a/k/a Trinidad Pantoja and
                             Uriel Carrillo
          Date of Birth:
          Sex:               ____
          Race:              Hispanic
          Prisoner No.:      B44686

has been and now is, in due process of law, incarcerated in the following institution:

          Shawnee Correctional Center,

and that defendant is charged in the above-captioned case with violations of Title 18, United States Code, Sections 1326(a) and 1326(b)(2) and Title 6, United States Code, Section 202(4), defendant should appear in this case in the United States District Court at Chicago, Illinois at 11:00 a.m. on March 18, 2008, for a hearing before Magistrate Judge Michael Mason, Courtroom 2214.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL<br>Northern District of Illinois<br>Chicago, Illinois | WARDEN<br>Shawnee Correctional Center<br>Shawnee, Illinois |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosecuendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

*Michael T. Mason*
J U D G E

DATED at Chicago, Illinois
this __27__ day of February, 2008