

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
              v.                  )     No.  08 CR 0150
                                  )     Magistrate Judge Michael Mason
URIEL CARRILLO-ESPARZA            )
    ak/a Trinidad Pantoja         )
    and Uriel Carrillo            )


O R D E R


     On petition of the UNITED STATES OF AMERICA and it appearing

to the Court that:

          Name:               Uriel Carrillo-Esparza
                              a/k/a Trinidad Pantoja and
                              Uriel Carrillo
          Date of Birth:
          Sex:               Male
          Race:              Hispanic
          Prisoner No.:      B44686

has been and now is, in due process of law, incarcerated in the

following institution:

          Jacksonville Correctional Center,

and that defendant is charged in the above-captioned case with

violations of Title 18, United States Code, Sections 1326(a) and

1326(b)(2) and Title 6, United States Code, Section 202(4),

defendant should appear in this case in the United States District

Court at Chicago, Illinois at 11:00 a.m. on March 18, 2008, for a

hearing before Magistrate Judge Michael Mason, Courtroom 2214.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL            WARDEN
Northern District of Illinois    Jacksonville Correctional Center
Chicago, Illinois                Jacksonville, Illinois

bring or cause to be brought before this Court, at said time on

said date, in the United States Court House in Chicago, Illinois,

the body of the said defendant; and that a Writ of Habeas Corpus Ad

Prosecuendum, directed to said persons, so commanding them, be

issued by the Clerk of this Court.


E N T E R:


J U D G E


DATED at Chicago, Illinois
this _____ day of February, 2008