## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 150 | **DATE** | 3/18/2008 |
| **CASE TITLE** | United States vs. Uriel Carrillo-Esparza | | |

**DOCKET ENTRY TEXT**

Initial appearance and arraignment held on 3/18/08. Defendant informed of his rights. Enter Order appointing Mary Judge as counsel for defendant. Defendant enters a plea of not guilty to the Indictment. Rule 16.1(a) conference to be held by 3/24/08. Pretrial motions to be filed by 4/7/08. Responses to be filed by 4/21/08. Replies to be filed by 5/5/08. Status hearing before Judge Manning set for 4/8/08 at 11:00 a.m. Government's oral motion for detention is granted; defendant having waived the detention hearing without prejudice to defendant's right to move at a later time for release on conditions. Defendant is remanded to the custody of the U.S. Marshal Service. Time is excluded pursuant to 18:3161(h)(1)(F).     (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | KF |
|---|---|---|