# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                Case No.: 1:08–cr–00150
                Honorable Blanche M. Manning

Uriel Carrillo–Esparza

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

  MINUTE entry before Judge Honorable Blanche M. Manning: as to Uriel Carrillo–Esparza, Status hearing set to 5/15/2008 is hereby stricken. Change of Plea Hearing set for 6/3/2008 at11:30 AM. Government shall provide the court with a courtesy copy of the plea agreement at least 24 hours prior to the plea. Time excluded to 6/3/2008 pursuant to 18:3161 (h)(8)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.