# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 150 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Uriel Carrillo-Esparza | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty and enters plea of guilty to count 1 of the indictment. Defendant informed of rights. Judgment of guilty entered. Cause referred to the Probation Office for a presentence investigation. Sentencing set to 8/14/2008 at 11:30 a.m. Sentencing memorandum and/or objections to the presentence investigation to be filed by 8/6/2008. Any responses to be filed by 8/12/2008. Enter Plea Agreement.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | | Courtroom Deputy Initials: | rs |
|---|---|---|---|