IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 150 |
| V. | ) | Hon. Blanche M. Manning |
| | ) | |
| URIEL CARRILLO-ESPARZA | ) | |

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

The Federal Defender Program and its attorney, MARY H. JUDGE, hereby moves to withdraw as counsel of record for defendant, Uriel Carrillo-Esparza, in the above-captioned action for the following reasons:

1. Judge Michael T. Mason appointed the Federal Defender Program to represent Mr. Carrillo on March 18, 2008 at his initial appearance and arraignment. Mr. Carrillo has been in federal custody at Kankakee County Jail since his initial appearance.

2. On June 10, 2008, Mr. Carrillo entered a plea of guilty to one count of illegal reentry, and this Court ordered the probation department to prepare a presentence investigation report. Shortly thereafter, defense counsel and the United States Probation Officer met with Mr. Carrillo at Kankakee and the PSR interview was conducted.

3. However, since that time an irreconcilable conflict-of-interest between

the Federal Defender Program and Mr. Carrillo has developed which necessitates the instant request. Based on concerns regarding attorney-client privilege, defense counsel is not in a position to provide further details.

4. Arrangements will promptly be made to have a Panel Attorney prepared to seek leave to file an appearance as substitute counsel on Mr. Carrillo's behalf, once this motion is granted.

WHEREFORE defense counsel asks this Court for an order allowing the Federal Defender Program to withdraw from representing Mr. Carrillo and to allow the substitution of counsel by a panel attorney.

DATED: July 9, 2008

                                                Respectfully submitted,

                                                FEDERAL DEFENDER PROGRAM
                                                Terence F. MacCarthy
                                                Executive Director

                                        By:    *s/ Mary H. Judge*
                                                     Mary H. Judge

FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, Illinois 60603
(312) 621-8336

# CERTIFICATE OF SERVICE

The undersigned, <u>Mary H. Judge</u>, an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CRIM. P. 49, FED. R. CIV. P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on <u>July 9, 2008</u>, to counsel/parties that are non-ECF filers.

By: <u>s/Mary H. Judge</u>
MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8336