IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 150 |
| V. ) | Hon. Blanche M. Manning |
| ) | |
| URIEL CARRILLO-ESPARZA ) | |

### NOTICE OF MOTION

TO: Kaarina Salovaara
Assistant United States Attorney
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on Thursday, July 17, 2008, at 11:00 a.m., in Courtroom 2125, we shall appear before the Honorable Blanche M. Manning, in the Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and shall present the attached motion.

– **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By: s/Mary H. Judge
Mary H. Judge

MARY H. JUDGE
FEDERAL DEFENDER PROGRAM
55 E. Monroe Street, Suite 2800
Chicago, IL 60603
(312) 621-8336