## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 150 | **DATE** | 7/17/2008 |
| **CASE TITLE** | USA vs. Uriel Carrillo-Esparza | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Mary Judge's motion to withdraw as attorney as to Uriel Carrillo-Esparza [19] is granted. Federal Defender Program will be notified to assign new counsel. Sentencing date to stand.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | rs |
|---|---|---|