**FILED**
JUL 2 9 2008
JUL 29, 2008
Judge Blanche M. Manning
United States ... Court

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                  Case Number: 08 CR 150

UNITED STATES v. URIEL CARRILLO-ESPARZA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

URIEL CARRILLO-ESPARZA

| | |
|---|---|
| NAME (Type or print) Gareth G. Morris | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gareth G. Morris | |
| FIRM Gareth Morris Law Office | |
| STREET ADDRESS 1704 N. Dayton St., Suite 100 | |
| CITY/STATE/ZIP Chicago, IL 60614 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3128489 | TELEPHONE NUMBER 312 943-6178 garethgeoffrey@mac.com |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ✓ | |